ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| RECO Rishad Engineering Construction ORG | ) | ASBCA No. 60447 |
| | ) | |
| Under Contract No. W91B4M-07-C-7228 | ) | |

APPEARANCE FOR THE APPELLANT: Mr. Burhan Jan
  CEO & President

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  MAJ Julie A. Glascott, JA
  Trial Attorney

## ORDER OF ADMINISTRATIVE DISMISSAL

By letters dated 30 March 2016 and 22 April 2016 the parties confirmed that ASBCA No. 60447 duplicates the earlier docketed appeal ASBCA No. 60444. Appellant apparently submitted two notices of appeal from the same contracting officer's final decision. The Recorder's office docketed both filings. The latter appeal, ASBCA No. 60447, is administratively dismissed from the Board's docket.

Dated: 3 May 2016

JEFFREY D. GARDIN
Recorder
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Administrative Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60447, Appeal of RECO Rishad Engineering Construction ORG, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals